**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JESUS GUERRERO,

Defendant - Appellant.

No. 10-10105

D.C. No. 4:09-cr-01028-DCB

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted February 15, 2011[**]

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Jesus Guerrero appeals from the 27-month sentence imposed following his

guilty-plea conviction for importing marijuana, in violation of 21 U.S.C. §§ 952(a),

960(a)(1) and (b)(3), and possession with intent to distribute marijuana, in

_____

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guerrero contends that the court procedurally erred by giving undue deference to the Sentencing Guidelines and by failing to adequately articulate the reasons for the sentence imposed.  The record reflects that the district court did not procedurally err.  *See United States v. Carty*, 520 F.3d 984, 991-95 (9th Cir. 2008) (en banc).

**AFFIRMED.**

10-10105